BANKERS TRUST COMPANY and Others, as Executors, etc., of GEORGE W. ROBERTS, Deceased, Respondents, v. FRANK N. HOFFSTOT, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of MAC-MURRAY HOLDING CORPORATION, Respondent, against SAMUEL LEVY, as President of the Borough of Manhattan, City of New York, Appellant.— Order modified by granting an alternative order of mandamus, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WALTER P. BENJAMIN, Respondent, v. JOSEPH P. BRENNAN, Appellant, Impleaded with Others.— Order modified by reducing the amount of rental to be paid to $125 a month, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of THE BANK OF UNITED STATES in Liquidation. In the Matter of the Application of THE SUPERINTENDENT OF BANKS, Appellant, for a Determination of Priority of Payment of Claims Pursuant to Section 78 of the Banking Law. Claim No. C03–5156 of THE LIONEL CORPORATION, Respondent.— Order reversed, with twenty dollars costs and disbursements, motion to confirm referee's report granted, with ten dollars costs, and cross-motion to vacate said report denied. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

PERRY S. MARKSVILLE, Respondent, v. DALE BROS., INC., Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LESTER L. JONES and Others, Appellants, v. THE BOWERY SAVINGS BANK and Others, Respondents.— Order modified by providing that plaintiffs have ninety days from service of order in which to comply with the order for a bill of particulars, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LESTER L. JONES and Others, Appellants, v. THE BOWERY SAVINGS BANK and Others, Respondents.— Order reversed, without costs, and motion denied, without prejudice to renewal of the motion to preclude if bill of particulars is not served in compliance with the order of this court. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Estate of FERDINAND TAGLIARINI, an Incompetent Person. FRANK T. HINES, as Administrator Veterans Administration, Appellant; NORMAN L. MARKS, Committee, IRVING I. GOLDSMITH, and HERMAN HOFFMAN, Special Guardian, Respondents.*— Order modified as indicated in order, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.